1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ned Flores,<br>　　　　　　Plaintiff,<br><br>v.<br><br>Adir International, LLC,<br>　　　　　　Defendant. | Case No. CV 15-00076AB (PLAx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 18, 2020　　_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE