JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NED FLORES, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**ADIR INTERNATIONAL, LLC,**<br><br>Defendant. | Case No.: 2:15-cv-00076-AB-PLA<br><br><u>CLASS ACTION</u><br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)** |

Having considered the parties' stipulation for dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to Plaintiff's putative class action claims.

//

//

- 1 -

1 | The parties shall each bear their own attorneys' fees and costs.
2 |
3 | **IT IS SO ORDERED.**
4 |
5 | Dated: March 02, 2020

　　　　　　　　　　　　　　　　　　　　　Hon. André Birotte Jr.
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge